# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DREAM MACHINE, INC., | ) | Case No. 03-13305 (PJW) |
| | ) | |
| Debtor. | ) | Re: Docket No. 83 |

## ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF JASPAN SCHLESINGER HOFFMAN LLP AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon the application (the "Application") of the Official Committee of Unsecured Creditors of Dream Machine, Inc., (the "Committee") for an order pursuant to §§ 1103 and 328 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court, authorizing the Committee to employ and retain the firm Jaspan Schlesinger Hoffman LLP ("Jaspan") as its local counsel as of December 2, 2003; and upon the affidavit of Frederick B. Rosner, Esquire, a partner of Jaspan (the "Affidavit"), sworn to on December 19, 2003, annexed to the Application as **Exhibit "A"**; and the Court being satisfied that, except as otherwise may be set forth in the Affidavit, Jaspan represents no interest adverse to the estates with respect to the matters upon which the firm is to be engaged, and that the employment of Jaspan is necessary and in the best interests of the Committee; and notice having been given to the United States Trustee, counsel to the Debtors and parties requesting notices in these cases; and no other notice being required; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED, that the Application is GRANTED in all respects; and it is further

ORDERED, that the Committee is authorized to retain the firm Jaspan Schlesinger Hoffman LLP as its local counsel in these chapter 11 cases on the terms and conditions set forth in the Application effective as of December 2, 2003; and it is further

#6574v1

ORDERED, that the compensation to be paid to Jaspan Schlesinger Hoffman LLP for professional services rendered and reimbursement of expenses incurred shall be as determined by this Court upon proper application and the terms of any administrative order that may be entered governing compensation of professionals in these cases.

Dated: ~~January~~ Feb 17, 2004
Wilmington, Delaware

The Honorable Peter J. Walsh
United States Bankruptcy Judge